**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF ULKU CAMLIBEL | : | No. 240 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: GUNGOR ONAL | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of May, 2024, the Petition for Allowance of Appeal is

**DENIED**.